IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER,

                Plaintiff,                Case No. 3:04 CV 302

   -vs-

                                              <u>JUDGMENT ENTRY</u>

WILLIAM STARR,

                Defendant.

KATZ, J.

      The Defendant having failed to respond to the show cause order issued January 12, 2005, default judgment was granted to Plaintiff on March 18, 2005. (Doc. No. 22). On July 29, 2005 Plaintiff filed his affidavit relative to damages (Doc. No. 23) which the Court has reviewed and approved.

      It is therefore,

      ORDERED that default judgment is entered against Defendant in the amount of $361,850.00 plus interest at the rate of 3.85 % per annum from the date of judgment and costs.

                                                                         S/ *David A. Katz*
                                                                      DAVID A. KATZ
                                                                      U. S. DISTRICT JUDGE